# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KYM DILLWORTH

NO. 2022 KW 0041

**JANUARY 31, 2022**

---

In Re:    Kym Dillworth, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          525736.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

   **WRIT DENIED.**

                              JMM
                              WIL
                              EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT